AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means   ☐ Original   ☐ Duplicate Original

____ FILED ____ ENTERED
____ LOGGED ____ RECEIVED

4:40 pm, Jun 02 2021

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ Deputy

# United States District Court
for the
District of Maryland

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No.  21-1404 BPG
1214 Rutledge PL, APT 1D )
Frederick, MD 21703 )
)

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of _____ Maryland _____ *(identify the person or describe the property to be searched and give its location)*:

1214 Rutledge PL, APT 1D, Frederick, MD 21703, described further in Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

May 21, 2021

**YOU ARE COMMANDED** to execute this warrant on or before _____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ Duty Magistrate _____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:   5/7/2021 at 3:45 p.m.   _____ *Judge's signature*

City and state:   Baltimore, MD   _____
Beth P. Gesner
*Printed name and title*

| **Return** | | |
|---|---|---|
| Case No.: 21-1404 BPG | Date and time warrant executed: 5/14/21 1244 | Copy of warrant and inventory left with: on kitchen/dining table. |

Inventory made in the presence of :
OCCUPANT WAS NOT PRESENT / WAS IN CUSTODY

Inventory of the property taken and name(s) of any person(s) seized:

Please see attached property receipt.

---

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/18/2021

_____
*Executing officer's signature*

Special Agent Robert Van Etten
*Printed name and title*


| Inventory Number | Date/Time Received *(mm-dd-yyyy)* 05-14-2021 | Evidence Log Number | Diplomatic Security Case Number PF-2019-00721 |
|---|---|---|---|
| Other Dept. Case Number | Other Dept. Property Location and Inventory Number | | |

| Address Where Property Impounded *(Give exact location where property was located)* 1214 Rutledge Place, APT 1D Frederick, MD 21703 | | | | Type of Case PPT Fraud |
|---|---|---|---|---|

| Received From | Address | City | State | Telephone Number |
|---|---|---|---|---|
| Owner *(If known)* | Address | City | State | Telephone Number |

| Suspect ☑ | Victim ☐ | Subject ☐ | Race | Sex | Date of Birth *(mm-dd-yyyy)* | Incarcerated ☑Yes ☐ No | Warrant ☑Yes ☐ No |
|---|---|---|---|---|---|---|---|

☑ Seized Property   ☐ Forfeited Property   ☐ Other *(Specify)* _____
☐ Voluntarily Abandoned Property   ☐ Custodial Property

| Item Number | Quantity | Description *(Itemize currency by denomination)* | Currency Only | Evidence |
|---|---|---|---|---|
| 1 | 1 | Notebook w/ pink cover | | |
| 2 | 1 | Sworn Statement by V. Lemus | | |
| 3 | | Docs re: ppt appointment | | |
| 4 | 1 | Birth Certs. INO Jose Martinez | | |
| 5 | 1 | Notary Statement | | |
| 6 | | Bills & Receipts INO Balboa | | |
| 7 | | Mail : Docs INO BALBOA | | |
| 8 | | MD. Veh. reg. : court docs INO BALBOA | | |
| 9 | | Vehicle docs ino BALBOA | | |
| 10 | | B.C. INO LEMUS : MARTINEZ / DL | | |
| 11 | | W-2 INO Hugo BALBOA | | |

### ACKNOWLEDGEMENTS

| I hereby acknowledge that the above list represents all property taken from my possession and that I have received a copy of this receipt. | I hereby acknowledge that the above list represents all property impounded by me in the official performance of my duty as a Special Agent. |
|---|---|
| Print | Signature: |
| Signature | Witness Signature: |
| Received By *(Print Name)* | Reason Search Warrant | Date *(mm-dd-yyyy)* 05-14-2021 |
| Signature | | Time Received 1244 |

DS-1857
05-2017

**ORIGINAL EVIDENCE CUSTODIAN**



U. S. Department of State
BUREAU OF DIPLOMATIC SECURITY
**PROPERTY/EVIDENCE RECEIPT**
*(CONTINUATION SHEET)*
Page 2 of 2

| Item | Quantity | Description (Itemize currency by denomination) | Currency Only | Evidence |
|------|----------|-----------------------------------------------|---------------|----------|
| 12 | 1 | Baptism certificate INO Jose Isabel | | |
| 13 | | Insurance docs INO Balboa | | |
| 14 | | Social Security card INO Balboa | | |
| 15 | | Copy of TX birth cert. INO BALBOA | | |
| 16 | | Docs. INO BALBOA | | |
| 17 | | Note w/ email address and possible passcodes | | |
| 18 | | Marriage cert. & docs. INO BALBOA | | |
| 19 | | Poison ID docs INO BALBOA. | | |
| 20 | | Bank Statement & docs INO BALBOA | | |
| 21 | | Tax docs. INO BALBOA | | |
| 22 | | MVA Registration INO BALBOA | | |
| 23 | | PPt app. instructions, birth affidavit form, | | |
|    | | empty passport sleeve | | |

END

### ACKNOWLEDGEMENTS

I hereby acknowledge that the above list represents all property taken from my possession and that I have received a copy of this receipt.

Print

Signature:

Received By *(Print Name)*

Signature:

I hereby acknowledge that the above list represents all property impounded by me in the official performance of my duty as a Special Agent.

Signature:

Witness Signature:

Reason: Search Warrant

Date *(mm-dd-yyyy)*: 05-14-2021

Time Received: 1244

DS-1857A
08-2016

**ORIGINAL EVIDENCE CUSTODIAN**